FILED

MAY 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. **1:26 CR 0 0 2 5 2** |
| v. | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) and 924(a)(8) |
| ZACHARY SCOTT, | ) | |
| | ) | |
| Defendant. | ) | **JUDGE POLSTER** |

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about November 6, 2025, in the Northern District of Ohio, Eastern Division, Defendant ZACHARY SCOTT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being Domestic Violence, on or about May 15, 2015, in Case No. CR-15-593582-A, Cuyahoga County Court of Common Pleas, and Domestic Violence, on or about June 30, 2020, in Case No. CR-20-647698-A, Cuyahoga County Court of Common Pleas, knowingly possessed a firearm, to wit: a Taurus G3C, 9mm handgun, bearing serial number ACJ243398, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>FORFEITURE</u>

The Grand Jury further charges:

2.　For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant ZACHARY SCOTT shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.